■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE RIVERA, Appellant, v TIMOTHY MURRAY, as Superintendent of Groveland Correctional Facility, Respondent. [727 NYS2d 674] —Appeal unanimously dismissed without costs as moot (*see, People ex rel. Wilder v Markley*, 26 NY2d 648, *rearg denied* 27 NY2d 737; *People ex rel. Kendricks v Smith*, 52 AD2d 1090). (Appeal from Judgment of Supreme Court, Livingston County, Cicoria, J.—Habeas Corpus.) Present—Green, J. P., Wisner, Hurlbutt, Burns and Lawton, JJ.